NUMBER 13-00-384-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________


MATILDE ORTIZ, Appellant,


v.


THE STATE OF TEXAS, Appellee.

__________________________________________________________________

On appeal from the 103rd District Court of Cameron County, Texas.

__________________________________________________________________

MEMORANDUM OPINION


Before Justices Hinojosa, Yañez, and Castillo

Opinion by Justice Yañez


Matilde Ortiz appeals the revocation of her community supervision. We affirm.

The State moved to revoke Ortiz's community supervision, alleging that she had violated several conditions of her
supervision by: being in possession of cocaine; failing to pay fines, court costs, supervision fees, and reimbursement for a
pre-sentence investigation; and failing to report her arrest for cocaine possession within ten days of the arrest. Ortiz
pleaded true to the failure to report her arrest. Ortiz challenges the revocation of her community supervision with three
points of error.

A trial court is vested with discretion to revoke an individual's community supervision. Herrera v. State, 951 S.W.2d 197,
199 (Tex. App.--Corpus Christi 1997, no pet.). Violation of a single condition of community supervision is sufficient to
support a trial court's decision to revoke. Id. (citing Moore v. State, 605 S.W.2d 924, 925 (Tex. Crim. App. 1980)).
Standing alone, a plea of true is sufficient to support the trial court's order of revocation. Cole v. State, 578 S.W.2d 127,
128 (Tex. Crim. App. 1979). 

On appeal, Ortiz raises no challenge to her plea of true as to her failure to report her arrest to her community supervision
officer. This plea is sufficient to support revocation. The judgment of the trial court is AFFIRMED.





 

LINDA REYNA YAÑEZ

Justice





Do not publish. Tex. R. App. P. 47.3.



Opinion delivered and filed this the

12th day of July, 2001.